| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Robyn B Sokol<br>Brutzkus Gubner Rozansky Seror Weber LLP<br>21650 Oxnard St Ste 500<br>Woodland Hills, CA 91367<br><br>818−827−9000<br><br><br><br><br><br><br><br><br>*Plaintiff or Attorney for Plaintiff* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

| In re:<br><br>Mark Abbey Slotkin<br><br><br>Debtor(s). | CASE NO.: 2:20−bk−12042−BB<br><br>CHAPTER: 7<br><br>ADVERSARY NUMBER: 2:20−ap−01672−BB |
|---|---|
| Elissa Miller<br><br>Plaintiff(s)<br>Versus<br>SLOTKIN DEFECTIVE TRUST OF DECEMBER 14, 2012<br>**(See Attachment A for names of additional defendants)**<br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004−1]** |

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left−hand corner of this page. The deadline to file and serve a written response is **12/23/2020.** If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:
  **Date:**          **January 26, 2021**
  **Time:**          **02:00 PM**
  **Hearing Judge:** **Sheri Bluebond**
  **Location:**      **255 E Temple St., Crtrm 1539, Los Angeles, CA 90012**

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                Page 1                     **F 7004−1.SUMMONS.ADV.PROC**

**You must comply with LBR 7016–1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court–approved joint status report form is available on the court's website (LBR form F 7016–1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016–1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

                                                  **KATHLEEN J. CAMPBELL**
                                                  **CLERK OF COURT**

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: <u>November 23, 2020</u>

                                          By: <u>   "s/" Wendy Ann Jackson   </u>
                                                  Deputy Clerk



This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                  Page 2                      **F 7004–1.SUMMONS.ADV.PROC**

# ATTACHMENT A
Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| Elissa Miller | SLOTKIN DEFECTIVE TRUST OF DECEMBER 14, 2012<br>SLOTKIN DEFECTIVE TRUST OF APRIL 12, 2010<br>INTENTIONALLY DEFECTIVE SLOTKIN FAMILY CHILDREN'S TRUST DATED JANUARY 1, 1997<br>SAVANNAH SLOTKIN<br>LOREN MARKEN AS TRUSTEE OF SLOTKIN DEFECTIVE TRUST OF DECEMBER 14, 2012<br>LOREN MARKEN AS TRUSTEE OF SLOTKIN DEFECTIVE TRUST OF APRIL 12, 2010<br>LOREN MARKEN AS TRUSTEE OF THE INTENTIONALLY DEFECTIVE SLOTKIN FAMILY CHILDREN'S TRUST DATED JANUARY 1, 1997<br>TO BE NAMED TRUSTEE OF SLOTKIN DEFECTIVE TRUST OF APRIL 12, 2010<br>TO BE NAMED TRUSTEE OF SLOTKIN DEFECTIVE TRUST OF DECEMBER 14, 2012<br>TO BE NAMED TRUSTEE OF INTENTIONALLY DEFECTIVE SLOTKIN FAMILY CHILDREN'S TRUST DATED JANUARY 1, 1997<br>Robert Mayman<br>17841 PALORA MANOR LLC<br>14257 CHANDLER MANOR LLC<br>748 DETROIT MANOR LLC<br>MARK ABBEY SLOTKIN |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**ATTACHMENT A**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004–1]** and (2) the accompanying pleading(s) entitled:

_____
_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005–2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____  _____  _____
*Date*                        *Printed Name*                                *Signature*

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016* **F 7004–1.SUMMONS.ADV.PROC**

# FREE LEGAL HELP

A creditor has sued you in bankruptcy court. You were served with a Summons and Complaint, and you must now file an Answer. If you do not file an Answer on time, the court may enter a default judgment against you. This means that your debt may not be discharged and you will be responsible for paying it back.

**IF YOU CAN NOT AFFORD AN ATTORNEY, FREE LEGAL HELP MAY BE AVAILABLE.**

For more information, call:

**Public Counsel's**

**Debtor Assistance Project Hotline**

**(213) 385-2977, ext. 704**



THE PUBLIC INTEREST LAW OFFICE OF THE LOS ANGELES COUNTY AND BEVERLY HILLS BAR ASSOCIATIONS

# AYUDA LEGAL GRATUITA

Su acreedor le ha demandado en la corte de bancarrota. Usted recibió la demanda, llamada "Summons" y "Complaint." Usted debe archivar una respuesta a la demanda en la corte. Si no archiva la respuesta a tiempo, la corte puede decidir en su contra. Si eso sucede, la deuda no se descargará en su caso de bancarrota y Usted será responsable por pagar al acreedor.

**SI LE FALTAN RECURSOS PARA CONTRATAR A UN ABOGADO, LLAME A LA LINEA DE AYUDA LEGAL GRATUITA.**

Para mas información, llame al:

**Proyecto de Ayuda al Deudor
de
Public Counsel**

**(213) 385-2977, ext. 704**



35TH ANNIVERSARY
THE PUBLIC INTEREST LAW OFFICE OF THE LOS ANGELES COUNTY AND BEVERLY HILLS BAR ASSOCIATIONS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367**.

A true and correct copy of the foregoing document entitled: **COMPLAINT, SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1], COURT'S INSTRUCTIONS RE FREE LEGAL HELP** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 25, 2020,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Elissa Miller (TR)    CA71@ecfcbis.com, MillerTrustee@Sulmeyerlaw.com;C124@ecfcbis.com;ccaldwell@sulmeyerlaw.com
- Robyn B Sokol    ecf@bg.law, rsokol@bg.law
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On _____ I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 24, 2020**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 25, 2020 | NIKOLA A. FIELDS | /s/ Nikola A. Fields |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY OVERNIGHT MAIL**

Debtor
Mark Abbey Slotkin
8777 Appian Way
Los Angeles, CA 90046

Defendant
Savannah Slotkin
8777 Appian Way
Los Angeles, CA 90046

Savannah Slotkin
25 KING ST APT 10
NEW YORK, NY 10014-4930

Defendant
Robert Mayman
Mayman & Mayman, LLP
1901 Avenue Of The Stars, Ste 470
Los Angeles, CA 90067-6006

Robert Mayman
423 S. Bentley Ave.
Los Angeles, CA 90049

Defendant
748 Detroit Manor, LLC
c/o Robert M Mayman, agent for service of process
1901 Avenue Of The Stars, Ste 470
Los Angeles, CA 90067-6006

Defendant
14257 Chandler Manor, LLC
c/o Robert M Mayman, agent for service of process
1901 Avenue Of The Stars, Ste 470
Los Angeles, CA 90067-6006

Defendant
17841 Palora Manor, LLC
c/o Robert M Mayman, agent for service of process
1901 Avenue Of The Stars, Ste 470
Los Angeles, CA 90067-6006

Defendant
Loren Marken as Trustee of the Slotkin Defective Trust of April 12, 2010
16633 Ventura Blvd., Ste 1245
Encino, CA 91346

Loren Marken as Trustee of the Slotkin Defective Trust of April 12, 2010
73526 Valle Vista Rd
Twentynine Palms, CA 92277-4710

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

Defendant
Loren Marken as Trustee of the Slotkin Defective Trust of December 14, 2012
16633 Ventura Blvd., Ste 1245
Encino, CA 91346

Loren Marken as Trustee of the Slotkin Defective Trust of December 14, 2012
73526 Valle Vista Rd
Twentynine Palms, CA 92277-4710

Defendant
Loren Marken as Trustee of the Intentionally
Defective Slotkin Family Children's Trust Dated January 1, 1997
16633 Ventura Blvd., Ste 1245
Encino, CA 91346

Loren Marken as Trustee of the Intentionally
Defective Slotkin Family Children's Trust Dated January 1, 1997
73526 Valle Vista Rd
Twentynine Palms, CA 92277-4710

Defendant
Slotkin Defective Trust of April 12, 2010
c/o Mark Abbey Slotkin
8777 Appian Way
Los Angeles, CA 90046

Defendant
Slotkin Defective Trust of December 14, 2012
c/o Mark Abbey Slotkin
8777 Appian Way
Los Angeles, CA 90046

Defendant
Intentionally Defective Slotkin Family Children's Trust Dated January 1, 1997
c/o Mark Abbey Slotkin
8777 Appian Way
Los Angeles, CA 90046

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                            **F 9013-3.1.PROOF.SERVICE**