# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CENTRAL DISTRICT OF CALIFORNIA

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 2:22-cv-00021-FWS

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: January 3, 2022

Date of judgment or order you are appealing: January 4, 2023

Docket entry number of judgment or order you are appealing: 46

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

○ Yes  ⦿ No  ○ IFP was granted by U.S. District Court

---

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

SLOTKIN DEFECTIVE TRUST OF DECEMBER 14, 2012; SLOTKIN DEFECTIVE TRUST OF APRIL 12, 2010; INTENTIONALLY DEFECTIVE SLOTKIN FAMILY CHILDREN'S TRUST DATED JANUARY 1, 1997; 17841 PALORA MANOR LLC; 14257 CHANDLER MANOR LLC; 748 DETROIT MANOR LLC; MARK ABBEY SLOTKIN

Is this a cross-appeal?  ○ Yes  ⦿ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ○ Yes  ⦿ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:            State:            Zip Code:

Prisoner Inmate or A Number (if applicable):

Signature: *[signature]*    Date: 1/27/2023

*Complete and file with the attached representation statement in the U.S. District Court*
*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| SLOTKIN DEFECTIVE TRUST OF DECEMBER 14, 2012; SLOTKIN DEFECTIVE TRUST OF APRIL 12, 2010; INTENTIONALLY DEFECTIVE SLOTKIN FAMILY CHILDREN'S TRUST DATED JANUARY 1, 1997; 17841 PALORA MANOR LLC; 14257 CHANDLER MANOR LLC; 748 DETROIT MANOR LLC; MARK ABBEY SLOTKIN |

Name(s) of counsel (if any):

| |
|---|
| JON H. FREIS, Esq. [CSB# 204708] |

Address: 9454 Wilshire Blvd., Penthouse, Beverly Hills, CA 90212

Telephone number(s): 310-276-1218

Email(s): jon@jhflaw.net

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes   ● No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| ELISSA D. MILLER, CHAPTER 7 TRUSTEE |

Name(s) of counsel (if any):

| |
|---|
| ROBYN B. SOKOL, Esq. [CSB# 159506] |

Address: 200 S. Los Robles Avenue, Suite 300, Pasadena, CA 91101

Telephone number(s): (626) 796-4000

Email(s): rsokol@leechtishman.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**     2     New 12/01/2018